**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

Plaintiff

v. Case No.:

DOMINICK ANTHONY MORGANTI
a/k/a DOMINICK MORGANTI

Defendant.

_________________________________/

# COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Plaintiff, the UNITED STATES OF AMERICA, and sues Defendant, DOMINICK ANTHONY MORGANTI a/k/a DOMINICK MORGANTI, and alleges:

## JURISDICTION

1. This is an action for damages against Defendant, DOMINICK ANTHONY MORGANTI a/k/a DOMINICK MORGANTI, seeking the recovery of an unpaid debt pursuant to 22 U.S.C.§ 2671.

2. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

## PARTIES

3. Plaintiff, THE UNITED STATES OF AMERICA (the "U.S.A."), brings this action through the U.S. Department of the State (hereinafter "DOS") The debt was referred to the U.S. Department of Justice in accordance with the Debt Collections Improvement Act of 1996, 31 U.S.C. § 3701 *et seq*.

4. Defendant, DOMINICK ANTHONY MORGANTI a/k/a DOMINICK MORGANTI, ("MORGANTI") resides in Osceola County, Florida at 2504 Needlepoint Street, Kissimmee, Florida 34741.

## VENUE

5. Venue is proper in this judicial district and in this Court pursuant to 28 U.S.C. §1391(b)(2) because MORGANTI is located in this judicial district and a substantial part of the events or omissions giving rise to this action occurred in this judicial district.

## STATEMENT OF CLAIM

6. On or about March 4, 2020, MORGANTI submitted an application to DOS, via the Embassy of the United States, to be evacuated from Lima, Peru, as part of the DOS charter flight service related to the COVID 19 pandemic. According to the DOS policy and procedures, set out at 22 U.S.C. § 2671, DOS was to pay for the evacuation transportation (flight) and then be reimbursed by

MORGANTI at an amount equal to a similarly situated flight. A copy of the application described herein is attached hereto and made apart hereof as Exhibit “A”.

7. On or about September 25, 2020, DOS sent an Invoice/Bill to MORGANTI seeking payment in the amount of $4,435.86. A copy of the bill described herein is attached hereto and made apart hereof as Exhibit “B”

8. On or about October 13, 2021, DOS sent a demand letter to MORGANTI seeking reimbursement in the amount of $4,435.86. A copy of the letter described herein is attached hereto and made apart hereof as Exhibit “C”.

9. In accordance with Debt Collection Improvement Act of 1996, 31 U.S.C. 3701, et. Seq., upon MORGANTI’s failure to pay the matter proceeded for collection.

10. On October 25, 2020, MORGANTI was notified that the account was delinquent and that DOS intended to refer the debt to the U.S. Department of Justice for enforcement unless the debt was paid in full or MORGANTI entered into a formal repayment agreement.

11. Demand has been made upon the Defendant for payment of the indebtedness, and MORGANTI has neglected or refused to pay the same.

12. As of October 15, 2026, MORGANTI owed the U.S.A. the total amount of $8,657.25 calculated as follows:

| | | |
|---|---|---|
| A. | Principal: | $4,435.86 |
| B. | Current capitalized interest balance and accrued interest (@2.00%) | $ 531.59 |
| C. | Penalty (6.00%) | $1,594.78 |
| D. | Administrative Costs | $2,095.02 |
| | **Total:** | **$8,657.25** |

Copies of the Certificates of Indebtedness are attached hereto and incorporated herein as Exhibit "D".

13. MORGANTI has failed to pay the amount owed despite repeated demands made by the U.S.A.

14. The U.S.A. is entitled to recover from MORGANTI all costs and expenses incurred in this action, including a reasonable attorneys' fee.

15. The U.S.A. has retained the services of the undersigned law firm and is obligated to pay its attorneys a reasonable fee for the services rendered.

16. All conditions precedent to this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against Defendant, DOMINICK ANTHONY MORGANTI a/k/a DOMINICK MORGANTI in the amount of $8,657.25, plus interest from October

15, 2026 through the date of the judgment, post-judgment interest pursuant to 28 U.S.C. §1961, all allowable administrative costs and expenses and all other allowable costs and expenses pursuant to 28 U.S.C. § 2412 (a)(2), and for all such other and further relief which the Court deems just and proper.

DATED this 23rd day of October, 2026.

Respectfully submitted,

By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq. (FBN: 57116)
Attorney for the Plaintiff
United States of America
Subcontractor to Schuerger Law Group
1005 N. Marion Street
Tampa, Florida 33602
Phone: (614) 674-6824
mschulis@schuergerlaw.com
efilings@schuergerlaw.com